**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                                  CHAPTER 13 CASE:

SARAH M. BALDRIDGE                                                 04-04283-NPO

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| DENNIS C. SWEET, III ESQ. | SWEET & ASSOCIATES 158 E. PASCAGOULA ST. JACKSON, MS 39201 | $1610.31 |
|  |  |  |
|  |  |  |

DATED:        6/20/12                               Respectfully submitted,

/s/James L. Henley, Jr.
James L. Henley, Jr., MSB #9909
Chapter 13 Trustee
PO Box 31980
Jackson, MS 39286
(601) 981-9100


CC:    J. THOMAS ASH
       P.O. BOX 13219
       JACKSON, MS 39236